# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2014

149890

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROSCOE MELVIN OWENS,
      Defendant-Appellant.

SC: 149890
COA: 321985
Wayne CC: 91-001091-FC

_____/

On order of the Court, the application for leave to appeal the June 27, 2014 order of the Court of Appeals is considered. With regard to the defendant's claim of new evidence, leave to appeal is DENIED because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). In all other respects, leave to appeal is DENIED because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2014



Clerk

t1222